IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL C. WENK,
FDOC No. D52128,
    Plaintiff,

vs.                                                 Case No.: 3:19cv3371/RV/EMT

LIEUTENANT D. DICE, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 10, 2019 (ECF No. 4). Plaintiff has have been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

    2.     Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is

**DENIED**; and

3. This case is **DISMISSED**, pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety.

**DONE AND ORDERED** this 10th day of October, 2019.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**